950 A.2d 904

CITY OF OCEAN CITY, A MUNICIPAL CORPORATION, PLAINTIFF–RESPONDENT, v. JOSEPH SOMERVILLE, ET AL., DEFENDANTS–PETITIONERS.

May 16, 2008.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for

reconsideration in light of *In re Ordinance 04–75,* 192 *N.J.* 446, 931 *A.*2d 595 (2007).